IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BLACKBIRD TECH LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 3:19-cv-05066-SRB |
| DAMAR WORLDWIDE 4 LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

On December 7, 2020, this Court entered its order granting the parties Joint Status Report and Request for Extension of Stay of all deadlines until a decision issues on the pending Motion to Dismiss and Motion for Summary Judgment in *Blackbird Tech LLC v. ELB Electronics Inc. et.al.,* Civil Action No. 15-cv-56 in the District of Delaware. The Court further required a joint status report within 14 days of the District of Delaware's decision on the pending motions currently before that court, or by December 7, 2020. At that time, the court extended the stay and requested a status report on January 7, 2021.

The parties would report to the Court that the Summary Judgment motions described above were decided on September 9, 2020 and reargument decided on October 7, 2020. A pre-trial conference was held on December 21, 2020. The above captioned action has been postponed due to COVID issues, and will not proceed to trial until the fall of 2021 at the earliest. Given this development, the parties intend to move forward with discovery after the current stay expires in February. Given that many of the deadlines established in the courts original scheduling order have passed, the parties would request an opportunity to confer and present the court with an agreed scheduling order moving forward following the expiration of the stay.

Respectfully submitted,

*/s/ Wendy Verlander*
Wendy Verlander, *Pro Hac Vice*
Jeffrey D. Ahdoot, *Pro Hac Vice*
Blackbird Tech, LLC
200 Baker Ave., Suite 303
Concord, MA 01742
(617) 307-7100
wverlander@blackbird-tech.com
jahdoot@blackbird-tech.com

Scott R. Brown					MO #51733
Hovey Williams, LLP
10801 Mastin Blvd., Suite 1000
84 Corporate Woods
Overland Park, KS  66210
(913) 647-9050; Fax: (913) 647-9057
srbrown@hoveywilliams.com

Stamatios  Stamoulis
Richard Weinblatt
Stamatios Stamoulis, Esq.
Stamoulis & Weinblatt LLC
800 N. West St., Third Floor
Wilmington, DE  19801
(302) 999-1540
weinblatt@swdelaw.com
stamoulis@swdelaw.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Joseph J. Roper*
Joseph J. Roper			MO # 36995
Foland Wickens Roper Hofer
  & Crawford, PC
One Kansas City Place
1200 Main Street, Suite 2200
Kansas City, MO  64105
816-472-7474; Facsimile: 816-472-6262
jroper@fwpclaw.com

        Frank Bruno, *pro hac vice*
        White and Williams LLP
        1650 Market St., Suite 1800
        Philadelphia, PA 19103
        T: (215) 864-6225
        brunof@whiteandwilliams.com

        **ATTORNEYS FOR DEFENDANT**